2:24cv1240

SCANNED

# Exhibit E

FILED
JAN 24 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

20240329063737

B0671-4025 03/29/2024 2:44 PM Received by Pennsylvania Department of State

**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8721
Harrisburg, Pennsylvania 17105-8721

# UCC 11 INFORMATION REQUEST

The fee for this request is $12 per name, plus $3 per page of copies; plus $28 if certification is requested.

Pennsylvania Department of State

**-FILED-**

File #: 20240329063737
Date Filed: 3/29/2024

Submitter contact information

| | |
|---|---|
| Contact Name | Lorene Barksdale |
| Organization Name | |
| Phone Number | (412) 867-7622 |
| Email Address | rene.carter38@gmail.com |
| Address | None |

☒ Certified search/copy results

| | |
|---|---|
| Request Type | Both search and copy request |
| Search Type: | Debtor Search |
| Individual or Organization: | Individual |
| Individual Name: | Lorene Barksdale |
| City: | Pittsburgh |
| State: | PA |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

LORENE BARKSDALE
, PA

| | |
|---|---|
| Request Date: | 03/29/2024 2:42 PM |
| UCC11 No.: | 20240329063737 |
| Certification No. | 033230925 |

## UCC11 CERTIFIED SEARCH REPORT

UCC Processed Through: 03/27/2024 11:59 PM

**Search Criteria:**

Debtor Individual: LORENE BARKSDALE | PITTSBURGH
Request Type: Certified Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List and All Copies

I, Albert Schmidt, Secretary of the Commonwealth of Pennsylvania, do hereby certify that the listing below is a true and correct report of all presently effective Uniform Commercial Code filing(s) for the above search criteria, with attached copies, which appear of record in this Department.

Lien Listing

**No UCC Documents were found matching the criteria provided.**